**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                                  Chapter 13
                                                                                        Case No.: 18-11674-RAM

**JULIO ALBERTO ARANCIBIA** and
**DOMINGA ARANCIBIA,**

    Debtors.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2018, I served a conformed copy of *Order Continuing Hearing On (Re: [58] Motion to Vacate filed by Creditor BSI Financial Services, as Servicing Agent for HMC Asset, LLC, Solely in its Capacity as Separate Trustee of Community Development Fund II Trust). Chapter 13 Hearing scheduled for 08/14/2018 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128* [D.E. 63] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 8th day of August, 2018.**

                                                  Respectfully submitted,

                                                **GHIDOTTI | BERGER, LLP**
                                                *Attorneys for Secured Creditor*
                                                3050 Biscayne Blvd. - Suite 402
                                                Miami, Florida 33137
                                                Telephone: (305) 501.2808
                                                Facsimile: (954) 780.5578

                                                By:    /s/ Chase A. Berger
                                                        Chase A. Berger, Esq.
                                                        Florida Bar No. 083794
                                                        cberger@ghidottiberger.com

*Case No.: 18-11674-RAM*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Julio Alberto Arancibia**
13670 S.W. 80th Street
Miami, FL 33183

*Joint Debtor*
**Dominga Arancibia**
13670 S.W. 80th Street
Miami, FL 33183

*Debtors' Counsel*
**Patrick L Cordero, Esq.**
7333 Coral Way
Miami, FL 33155

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

*Case No.: 18-11674-RAM*

- 3 -